UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN TYRONE IZAL HAIRSTON, | Case No. 2:20-cv-4233-CAS (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| SGT. A. FUENTES, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, including the Report and Recommendation (Dkt. 49, "Report") of the assigned United States Magistrate Judge. No objections to the Report have been filed within the time allowed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that:

(1) Defendant's Motion to Dismiss is GRANTED in PART and DENIED in PART as follows:

    a) the Motion to dismiss Plaintiff's First Amendment retaliation claim is DENIED;

      b) the Motion to dismiss Plaintiff's Eighth Amendment Deliberate Indifference claim is DENIED as moot;

      c) the Motion to dismiss Plaintiff's requests for injunctive and declaratory relief is GRANTED without leave to amend;

      d) The Motion to dismiss is DENIED, without prejudice, with respect to Defendant's qualified immunity argument;

(2) This action now proceeds solely on Plaintiff's First Amendment retaliation claim against Defendant Sgt. A. Fuentes, in her individual capacity;

(3) Defendant Sgt. A. Fuentes shall file an Answer to the Complaint within 21 days of the Court's Order.

DATE: December 16, 2021

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE